UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIRK D. KIMBLE,

    Petitioner,

  v.

DAVID M. SZUMOWSKI,

    Respondent.
    _____/

No. C 15-4207 MEJ (PR)

**ORDER OF TRANSFER**

    This federal habeas action, in which petitioner challenges convictions he suffered in the San Diego Superior Court, is TRANSFERRED to the Southern District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: September 25, 2015

                                        Maria-Elena James
                                        United States Magistrate Judge